Second Department. January 31, 1907.) Action by Frank P. Martin against Herman Wermann. No opinion. Motion for leave to appeal to the Court of Appeals denied.

MATTERN, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Marcus Mattern against the United Traction Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

. PARKER, P. J., not sitting.

MEANEY, Respondent, v. HURWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by John Meaney against Wulf Hurwitz. No opinion. Motion denied.

MEMPHIS TROTTING ASS'N, Respondent, v. SMATHERS, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the Memphis Trotting Association against Elmer E. Smathers. J. F. Cloonan, for appellant. J. J. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MENGIS, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Morris C. Mengis against Louis Fitzgerald. No opinion. Motion for stay pending the appeal granted, without costs, on condition the appellant argue the appeal when reached on the calendar.

MENGIS, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Morris C. Mengis against Louis Fitzgerald.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

MILLER, J., dissents.

In re MERILLON'S WILL. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of proving the last will and testament of Cornelia Stewart Merillon, deceased, as a will of real and personal property. No opinion. Decree of the Surrogate's Court of Nassau County affirmed, with costs.

MEYERHOFFER v. BAKER. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Sarah Meyerhoffer against Hyman D. Baker. No opinion. Application granted. Order signed.

MIDDLETON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Virginia F. Middleton against the board of education of the city of New York. No opinion. Judgment affirmed by default, with costs.

MIDDLEWORTH, Respondent, v. ORDWAY et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Sarah Middleworth against Mary M. Ordway, individually and as administratrix, etc., and others.

PER CURIAM. Judgment unanimously affirmed, with costs. See 98 N. Y. Supp. 10.

PARKER, P. J., not sitting.

MILLER et al., Respondents, v. LEO et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Henry W. Miller, individually and as Director, and others against John P. Leo and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

MILLS et al., Appellants, v. STROPPEL, Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by James W. Mills and another against Karl Stroppel. No opinion. Judgment and order affirmed, with costs.

MINOR v. GARDEN. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Gilbert W. Minor against W. Morton Garden. No opinion. Motion granted, with $10 costs. Order filed.

In re MORRIS ST. IN CITY OF YONKERS. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of laying out and opening Morris street, city of Yonkers. No opinion. Appeal dismissed, with costs.

MOYER, Appellant, v. VILLAGE OF NELLISTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Irving Moyer against the village of Nelliston.

PER CURIAM. Order modified by inserting as a condition for the granting of a new trial the payment by defendant of the trial fee and disbursements, and, as so modified, affirmed, without costs to either party.

PARKER, P. J., not sitting.

MULLEN, Respondent, v. J. J. QUINLAN & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Edward P. Mullen against J. J. Quinlan & Co.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., not sitting.

MYERS et al., Appellants, v. PECKINS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 16,